COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ADELINA ALVAREZ, | § | |
| | | No. 08-09-00161-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 205th District Court |
| FORT HANCOCK WATER CONTROL | § | |
| AND IMPROVEMENT DISTRICT OF | | of Hudspeth County, Texas |
| HUDSPETH COUNTY, TEXAS, | § | |
| | | (TC# 3906-205) |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss this appeal pursuant to a settlement agreement. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

Costs of the appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

March 30, 2011

Before Chew, C.J., McClure, and Rivera, JJ.